AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Oscar Arturo Zelaya-Crespo | |

United States District Court
Southern District Of Texas
FILED
MAY 3 2019
David J. Bradley, Clerk

Case Number: M-19-1020-M

IAE   YOB: 1986
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 2, 2019** in **Starr** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Oscar Arturo Zelaya-Crespo was encountered by Border Patrol Agents near Cuevitas, Texas on May 2, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 2, 2019, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 11, 2018 through Dallas, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 24, 2009, the defendant was convicted of Robbery and sentenced to two (2) years confinement.

Approved By: Matt Redavid, AUSA
5/3

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

**May 3, 2019**

Signature of Complainant
Nicolas L. Burgos      Senior Patrol Agent

**J. Scott Hacker**, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer